

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 28, 2015

Michael A. Shaunessy
600 Congress Ave, Suite 2100
Austin, TX 78701

John M. Donohue
Duncan Unit
1502 South First Street
Diboll, TX 75941

RE:    Court of Appeals Number:    04-14-00674-CV and 04-14-00675-CV
          Trial Court Case Number:    CV-14-0000180 and CV-14-0000239
          Style:    John Michael Donohue v. Daniel Butts, et al.

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on June 3, 2015, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Rebeca C. Martinez, and Justice Luz Elena D. Chapa.

Very truly yours,
KEITH E. HOTTLE, CLERK

Margaret E. Adams
Legal Assistant, Fourth Court of Appeals
210.335.3854